

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A ADAMS<br><br>Defendant. | 2:04-CR-301-PMP-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#106), sentencing having been imposed on January 19, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $69,830.00

**Total Amount of Restitution ordered:** $69,830.00

Dated this _22_ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE